**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 09-1654 (EGS) <br> v. ) <br> ) <br> ABBOTT GMBH & CO., KG, ) <br> ) <br> Defendant. ) | |

### ORDER

In accordance with the Memorandum Opinion issued on this same day, it is hereby

**ORDERED** that defendant's motion to transfer venue is **GRANTED**; and it is

**FURTHER ORDERED** that Civil Action 09-1653 and Civil Action 09-1654 shall be transferred to the United States District Court for the District of Massachusetts, Central Division.

**Signed:   EMMET G. SULLIVAN
            United States District Court Judge
            December 18, 2009**