

| | | |
|---|---|---|
| ECFnotice@mad.uscourts.gov | To | InterdistrictTransfer_DCD@dcd.uscourts.gov |
| 01/06/2010 11:05 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

CASE: 1:09-cv-01654

DETAILS: Case transferred from District of Columbia has been opened in District of Massachusetts as case 4:10-cv-40004, filed 01/06/2010.