AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>09cv1654 | DATE FILED<br>8/28/2009 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| **PLAINTIFF**<br>CENTOCOR ORTHO BIOTECH, INC.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044 | | **DEFENDANT**<br>ABBOTT GMBH & CO., KG<br>Max-Planck-Ring 2<br>65205 Wiesbaden, Germany |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,914,128 | | Abbott GMBH & Co., KG |
| 2 | 7,504,485 | | Abbott GMBH & Co., KG |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 12/18/2009 ORDER granting defendant's motion to transfer venue. Civil Action 09-1653 and Civil Action 09-1654 shall be transferred to the United States District Court for the District of Massachusetts, Central Division. Signed by Judge Emmet G. Sullivan on December 18, 2009. (lcegs1) (Entered: 12/18/2009)<br>01/06/2010 view26  Receipt on 01/06/2010 of Transfer Papers. Other Court Number 4:10-cv-40004 sent by USDC for the District of Massachusetts. (rdj) (Entered: 01/06/2010) |

| CLERK<br>Angela D. Caesar | (BY) DEPUTY CLERK<br>/s/ Nicole Wilkens | DATE<br>3/12/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy